**SO ORDERED.**

Dated: December 28, 2010



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

D.L. Drain, Attorney at Law
LAW OFFICE OF D.L. DRAIN
1702 West Camelback, PBX 264
Phoenix, Arizona 85015
PHONE: 602.246.7106 FAX: 602.249.1969
E-mail: DDrain@DianeDrain.com
Atty No: 010218
Attorney for Garry & Lisa Musselman

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| In re: Garry Musselman and Lisa Musselman<br>Debtors | Case No. 2:09-bk-29382-CGC<br>Chapter: 13 |

**ORDER APPROVING JOINT STIPULATION FOR**

**SUBSTITUTION OF COUNSEL**

**THIS CAUSE** is before the court upon the stipulation for substitution of counsel for Debtors, Garry and Lisa Musselman.

Having reviewed the stipulation, it is hereby **ORDERED** and **ADJUDGED** that:

1. The stipulation for substitution of counsel is **APPROVED**. Law Office of D.L. Drain, P.A. and Diane L. Drain shall be substituted as counsel for Debtors, Garry and Lisa Musselman.

*SIGNED ABOVE BY:*

_____
*HON Charles G. Case, II*
Bankruptcy Judge

1