1 **Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
2 7025 E. McDowell Rd., Ste 9
Scottsdale, Arizona 85257
3 Office: (480) 776-6846
Fax: (480) 776-6847
4 Email: nasser@nualegal.com

5 *Attorney for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Garry Edward Musselman and Lisa Ann Musselman,<br><br>Debtors.<br>Wells Fargo Bank, N.A., and its successors and/or assignees,<br><br>Movant,<br><br>Vs.<br><br>Garry Edward Musselman and Lisa Ann Musselman, Debtors,<br><br>Respondents. | Case No. 2:09-bk-29382-CGC<br><br>Chapter 13<br><br>**CERTIFICATION OF NON-PERFORMANCE**<br><br>Re: Real Property Located at<br>7036 East Minton Street<br>Mesa, Arizona 85207 |

TO THE HONORABLE CHARLES G. CASE, UNITED STATES BANKRUPTCY JUDGE, THE SECURED CREDITOR, SECURED CREDITOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:

1

I, Nasser Abujbarah, hereby certify that Debtors DID NOT tender payment as directed by the Court at the emergency hearing and as such completely understand the property described above will be sold at foreclosure sale at 3 pm.

Undersigned counsel deeply apologizes to the Court and opposing counsel for taking time to deal with an apparent non-issue.

RESPECTFULLY SUBMITTED this 21st day of January 2011.

**The Law Offices of Nasser Abujbarah**

By___/s/Nasser U Abujbarah_____

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd., Ste 9, Scottsdale, Arizona 85257

1. Filed this 21st day of JANUARY 2011 with:

2.

3. The U.S. Bankruptcy Court, District of Arizona

4. COPY of the foregoing

5. Mailed this 21st day of January 2011 to:

6.

7. The United States Trustee
230 North 1st Avenue
Phoenix, Arizona 85003

8.

9. Mark S. Bosco
Tiffany & Bosco
2525 E. Camelback Road
3rd Floor
Phoenix, Arizona 85016

10.

11.

12. Garry Edward Musselman
Lisa Ann Musselman
13. 7036 East Minton Street
Mesa, Arizona 85207

14.

By Fernando M. Figueroa

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.